IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAO LO,

    Petitioner,        No. CIV S-05-1754 MCE JFM P

  vs.

A. P. KANE, Warden, et al.,

    Respondents.        ORDER

_____/

    Pursuant to petitioner's motion for substitution of counsel and for the reasons stated therein, IT IS HEREBY ORDERED that Walter K. Pyle, Attorney at Law, 2039 Shattuck Avenue, # 202, Berkeley, CA 94704, is hereby substituted in as counsel for petitioner in place of the Office of the Federal Defender for the Eastern District of California.

DATED: November 16, 2005.

UNITED STATES MAGISTRATE JUDGE

12
lo1754.sub

1