IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAO LO,

        Petitioner,                  No. CIV S-05-1754 MCE JFM P

    vs.

A. P. KANE, Warden, et al.,

        Respondents.            <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding through counsel with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to court order, on November 11, 2005, the parties filed a joint scheduling statement.  After review of said statement, and good cause appearing, IT IS HEREBY ORDERED that on or before January 31, 2006, the parties shall file a further joint scheduling statement.

DATED:  December 20, 2005.

                                            UNITED STATES MAGISTRATE JUDGE

12;lo1754.fjss

1