IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAO LO,

        Petitioner,               No. CIV S-05-1754 MCE JFM[1] P

    vs.

A. P. KANE, Warden, et al.,

        Respondents.        <u>ORDER</u>

        Petitioner is a state prisoner proceeding through counsel with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to court order, on January 31, 2006, the parties filed a further joint scheduling statement.

        After review of said statement, and good cause appearing, IT IS HEREBY ORDERED that on or before March 31, 2006, petitioner shall file either a notice of intent to proceed on the petition filed September 1, 2005, or an amended petition. Any motion to stay these proceedings pending exhaustion of state remedies shall also be filed on or before March 31,

/////

---

[1] By order filed October 27, 2005, this matter was reassigned to the undersigned magistrate judge and the case caption was changed accordingly. The parties are again directed to use the new case caption on all future pleadings filed in this court.

1

1  2006.  Thereafter, the court will make further orders, as appropriate, for proceedings in this
2  action.
3  DATED:  March 7, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12
lo1754.fjss2