IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAO LO,

          Petitioner,                    No. CIV S-05-1754 MCE JFM P

    vs.

A. P. KANE, Warden, et al.,

          Respondents.           ORDER

_____/

        Petitioner is a state prisoner proceeding through court-appointed counsel with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to court order, petitioner has filed a notice of intent to proceed on the original petition filed in this action on September 1, 2005.

        Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file an answer.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1.  Respondents are directed to file an answer within forty-five days from the date of this order.  See Rule 4, Rules Governing Section 2254 Cases.  Respondents shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the application.  Rule 5, Rules Governing Section 2254 Cases;

1

3. Any motion for production of additional transcripts shall be filed and served, as appropriate, not later than fifteen days after service of respondents' answer; and

4. Petitioner's traverse, if any, is due on or before thirty days from the date respondents' answer is filed or, if a motion is made pursuant to paragraph 3 of this order, thirty days from the date such motion is denied or any additional transcripts are produced, whichever is later.

DATED: April 7, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

lo1754.100