IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAO LO,

    Petitioner,               No. CIV S-05-1754 MCE JFM P

    vs.

A.P. KANE, Warden, et al.,

    Respondents.           ORDER

                              /

        Petitioner has requested an extension of time to file and serve a traverse pursuant to the court's order of April 11, 2006. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's June 22, 2006 motion for an extension of time is granted; and

        2. Petitioner's June 30, 2006 traverse is deemed timely filed.

DATED: July 26, 2006.

UNITED STATES MAGISTRATE JUDGE

12/mp
lo1754.111