IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAO LO,

    Petitioner,                    2: 05 - cv - 1754 - MCE TJB

    vs.

A.P. KANE,

    Respondent.              <u>ORDER & WRIT OF HABEAS CORPUS AD</u>

                                              <u>TESTIFICANDUM</u>

_____/

    Pao Lo (T-54154), a necessary and material witness with respect to proceedings in this case, is confined in Folsom State Prison (FSP) in Represa, California, in the custody of Warden Rick Hill. To secure this inmate's attendance for an evidentiary hearing on March 16, 2011 at 9:00 a.m., at the Robert T. Matsui United States District Courthouse, 501 I Street, Sacramento, California 95814, in Courtroom 26, 8th Floor, it is necessary that a Writ of Habeas Corpus ad Testifcandum issue.

    Accordingly, IT IS HEREBY ORDERED that:

    1.    A Writ of Habeas Corpus ad Testificandum issue, under the seal of this Court, commanding Rick Hill, Warden, to produce the inmate, Pao Lo, to testify in United States District Court at the time and place stated above, and from day-to-

1

day until completion of the evidentiary hearing or as ordered by the Court; and thereafter to return the inmate to the Folsom State Prison, Represa, California;

2. Rick Hill, custodian, is ordered to notify the Court of any change in custody of inmate Pao Lo, and is ordered to provide the new custodian with a copy of this writ of this writ; and

3. The Clerk of Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-to-Court Desk, California State Prison - Sacramento, P.O. Box 290007, Represa, California 95671.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden Rick Hill of the Folsom State Prison, P.O. Box 910, Represa, California, 95763:**

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: February 15, 2011

_____
TIMOTHY J BOMMER
UNITED STATES MAGISTRATE JUDGE