IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAO LO,

        Petitioner,                     2: 05 - cv - 1754 - MCE TJB

   vs.

A.P. KANE,

        Respondent.              ORDER

_____/

     Petitioner, Pao Lo, is a state prisoner proceeding with counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. An evidentiary hearing was held on March 16, 2011. On April 4, 2011, the United States Supreme Court issued its opinion in <u>Cullen v. Pinholster</u>, 131 S.Ct. 1388 (2011).

     Accordingly, IT IS HEREBY ORDERED that the parties shall each file a brief within twenty-one (21) days of this Order addressing the impact (if any) that <u>Cullen v. Pinholster</u>, 131 S.Ct. 1388 has on this case in light of the evidentiary hearing that was held on March 16, 2011.

//

//

//

//

1

1  DATED: May 16, 2011

                                      TIMOTHY J BOMMER
                                      UNITED STATES MAGISTRATE JUDGE

2