IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAO LO,

    Petitioner,                    2: 05 - cv - 1754 - MCE TJB

    vs.

A.P. KANE,

    Respondent.               ORDER

_____/

    Petitioner, a state prisoner, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On December 9, 2011, an order and judgment were issued which adopted the findings and recommendations of the Magistrate Judge which recommended denying Claims I-VI, but rejected the findings and recommendations as to Claims VII and VIII.  Thus, the entire habeas petition was denied.

    Petitioner filed a notice of appeal on January 6, 2012 and subsequently filed a request for a certificate of appealability on January 12, 2012.  If Petitioner wishes to appeal the court's decision, a certificate of appealability must issue before he can do so.  See 28 U.S.C. § 2253(c)(1).  A certificate of appealability may issue where "the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

1

1  The certificate of appealability must "indicate which specific issue or issues satisfy" the
2  requirement.  28 U.S.C. § 2253(c)(3).
3      A certificate of appealability should be granted for any issue that petitioner can
4  demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different
5  court, or is "'adequate to deserve encouragement to proceed further.'"  Jennings v. Woodford,
6  290 F.3d 1006, 1010 (9th Cir. 2002) (quoting Barefoot v. Estelle, 463 U.S. 880, 893 (1983)).
7      Petitioner has demonstrated that a certificate of appealability should be granted on Claims
8  VII and VIII as numbered by the Magistrate Judge in the June 17, 2011 findings and
9  recommendations.
10     Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is GRANTED
11 on Claims VII and VIII as numbered by the Magistrate Judge in the June 17, 2011 findings and
12 recommendations.  A certificate of appealability is DENIED as to Petitioner's other Claims.

Dated:  December 4, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE