UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAO LO,<br><br>    Petitioner,<br><br>    v.<br><br>A.P. KANE,<br><br>    Respondent. | No. 2:05-cv-01754-MCE-AC<br><br>**ORDER** |

On January 26, 2015, the parties to this action filed a Joint Status Report advising the Court that, among other things, the state court conviction underlying the instant Petition had been vacated. ECF No. 71. The Court subsequently issued an Order to Show Cause ("OSC") requiring Petitioner to explain why his Petition should not be dismissed as moot. ECF No. 72.

///
///
///
///
///
///
///

1

Presently before the Court is Petitioner's response to the OSC, which he filed as a "Notice of Non-Opposition to Dismissal (as Moot)." ECF No. 73. Since the state court conviction has been vacated, and given Petitioner's affirmative statement of non-opposition, the Petition in this case is hereby DISMISSED as moot, and the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  February 25, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT